EDWARD THOMPSON CO., APPELLANT, *v.* MASON, RESPONDENT.

(No. 6,561.)

(Submitted January 7, 1930. Decided January 8, 1930.)

[283 Pac. 1113.]

*Mr. H. R. Boden,* for Appellant, submitted a brief and argued the cause orally.

*Mr. Dwight N. Mason, pro se,* submitted a brief and argued the cause orally.

### Opinion: PER CURIAM.

In this case there was verdict and judgment for defendant. Plaintiff's motion for a new trial was overruled. Apparently an attempt to have settled a bill of exceptions failed. There is before us the judgment-roll only. But two errors are assigned, and neither is available to plaintiff upon this record.

The judgment is affirmed.